**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric Lee Flanders,<br><br>    Petitioner,<br><br>v.<br><br>Ernest Trujillo, et al.,<br><br>    Respondents. | No. CV-04-2075-PHX-SMM (JJM)<br><br>**ORDER** |

On July 21, 2006, Magistrate Judge Jacqueline Marshall filed a Report and Recommendation [Doc. No. 13], advising this Court that Petitioner's Petition for Writ of Habeas Corpus should be dismissed with prejudice. On August 29, 2006, Judge Marshall filed an amended Report and Recommendation [Doc. No. 14], which corrected the caption, but otherwise remained identical to the July 21, 2006 Report and Recommendation.[1] To date, Plaintiff has not filed objections to either of Judge Marshall's Report and Recommendations.

**STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391,

---

[1] The caption of the August 29, 2006 Report and Recommendation, was corrected to read: Ernest Trujillo, et al., Respondents. The July 21, 2006 Report and Recommendation incorrectly identified Charles L. Ryan as the Respondent.

1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)).

By failing to object to a Report and Recommendation, a party waives his right to challenge the Magistrate's factual findings, but not necessarily the Magistrate's legal conclusions. Baxter, 923 F.2d at 1394; see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998) (failure to object to Magistrate's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal"); Martinez v. Ylst, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing McCall v. Andrus, 628 F.2d 1185, 1187 (9th Cir. 1980)).

**DISCUSSION**

Having reviewed the legal conclusions of the Report and Recommendation of the Magistrate Judge, and no objections having been made by Plaintiff thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**CONCLUSION**

For the reasons set forth,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge Jacqueline Marshall. [Doc. No. 14 ]

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] and this action are **DISMISSED WITH PREJUDICE**. The Clerk of Court shall terminate this action accordingly.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to all parties as well as to Magistrate Judge Jacqueline Marshall.

DATED this 13th day of September, 2006.

Stephen M. McNamee
United States District Judge